# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 25-1272V

|  |  |
|---|---|
| KEVIN ENDERLE, | Chief Special Master Corcoran |
| Petitioner, |  |
| v. | Filed: May 8, 2026 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, |  |
| Respondent. |  |

*David John Carney, Green & Schafle LLC, Philadelphia, PA, for Petitioner.*

*Nina Ren, U.S. Department of Justice, Washington, DC, for Respondent.*

### RULING ON ENTITLEMENT[1]

On August 1, 2025, Kevin Enderle filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered Guillain-Barré Syndrome ("GBS"), a defined Table injury, or in the alternative a caused-in-fact injury, after receiving an influenza ("flu") vaccine on October 17, 2022. Petition at 1 ¶¶ 4, 65-66. Petitioner also alleges that he received the flu vaccine within the United States, that he suffered the residual effects of GBS for more than six months post-vaccination, and that neither he nor any other party has filed a civil action or received compensation for his GBS illness,

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

alleged as vaccine-related. *Id.* at ¶¶ 4, 63-64. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 5, 2026, Respondent filed his Rule 4(c) Report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent believes "that [P]etitioner has satisfied the criteria set forth in the Vaccine Injury Table and the Qualifications and Aids to Interpretation for GBS, which afford [P]etitioner a presumption of causation." *Id.* at 9. Respondent further agrees that based on the record as it now stands, [P]etitioner has satisfied all legal prerequisites for compensation under the Act." *Id*. at 10.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

2